UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON KONCZAL,

       Plaintiff,

File No: 1:10-CV-685

v.

HON. ROBERT HOLMES BELL

NORTHSTAR LOCATION
SERVICES, LLC,

       Defendant.
                          /

## **ENTRY OF DEFAULT**

       This court having sent to plaintiff's counsel notice of impending default and having heard no response;

       NOW THEREFORE, pursuant to Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against defendant.

       Plaintiff is to submit pleadings necessary to obtain a default judgment against defendant  by **October 14, 2010**.

       IT IS SO ORDERED.


Dated:  September 23, 2010          /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE