# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Aaron Konczal, | Case No. 1:10-cv-685-RHB |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Northstar Location Services, LLC, | |
| Defendant. | |

Now comes Plaintiff through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Timothy J. Sostrin
Timothy J. Sostrin
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Email: tjs@legalhelpers.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 20, 2010, I served Defendant with the foregoing Notice

by depositing a copy of the same in the United States Mail addressed as follows:

Linda Leising
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225

                   /s/ Timothy J. Sostrin